# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| Deidra McCarty, <br><br> Plaintiff, <br><br> vs. <br><br> Equity Experts.Org, LLC. <br><br> Defendant. | Case No.: 2:17-cv-10265-MFL-APP <br><br> Honorable Marianne O. Battani <br><br> Magistrate Judge David R. Grand |

## NOTICE OF SETTLEMENT WITH DEFENDANT EQUITY EXPERTS. ORG, LLC

Plaintiff and Defendant, Equity Experts.Org, LLC., have agreed to settle this lawsuit and intend to file a Stipulation of Dismissal as to Equity Experts.Org, LLC., with prejudice, no later than September 31, 2020.

    Respectfully submitted,

    By: */s/ Gary D. Nitzkin*
    GARY D. NITZKIN P41155
    CARL SCHWARTZ P70335
    MARK LAHTI P36656
    Attorneys for Plaintiff
    22142 West Nine Mile Road
    Southfield, MI 48033
    (248) 353-2882
    Email – gary@crlam.com

August 4, 2020

## **PROOF OF SERVICE**

    I, Gary D. Nitzkin, hereby state that on August 4, 2020 I served a copy of the foregoing pleading upon all counsel of record via the ECF System.

    */s/ Gary D. Nitzkin*