UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DEIDRA MCCARTY, et al.,

    Plaintiffs,                       Case No. 17-cv-10265
                                     Hon. Matthew F. Leitman

v.

EQUITYEXPERTS.ORG, LLC,

    Defendant.

_____/

## STIPULATION OF DISMISSAL AS TO DEFENDANT EQUITYEXPERTS.ORG, LLC., WITH PREJUDICE AND WITHOUT COSTS OR FEES

The parties, as evidenced by the signatures of their respective counsel below, stipulate to the dismissal of Plaintiff's claims against EquityExperts.org, LLC, with prejudice and without attorney's fees or costs to either party.

                                                  Respectfully Submitted,

October 29, 2020

                                                  /s/ Gary Nitzkin
                                                  GARY D. NITZKIN (P41155)
                                                  CARL SCHWARTZ (P70335)
                                                  GARY HANSZ (P44956)
                                                  Attorneys for Plaintiff
                                                  22142 West Nine Mile Road
                                                  Southfield, MI 48033
                                                  (248) 353-2882
                                                  Email – gary@crlam.com

<u>/s/ Katrina M. DeMarte</u>
Katrina M. DeMarte, Esq.
DeMarte Law PLLC
39555 Orchard Hill Place
Ste 600/PMB 6378
Novi, MI 48375
Telephone: (313) 509-7047
Email: Katrina@demartelaw.com
*Attorney for Defendant,*
*EquityExperts.org, LLC*

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

DEIDRA MCCARTY, et al.,

    Plaintiffs,                           Case No. 17-cv-10265
                                                 Hon. Matthew F. Leitman

v.

EQUITYEXPERTS.ORG, LLC,

    Defendant.

_____/

## ORDER OF DISMISSAL WITH PREJUDICE
## AS TO DEFENDANT EQUITYEXPERTS.ORG, LLC

The Court, having reviewed the parties' stipulation, and finding good cause shown;

**IT IS HEREBY ORDERED** that Plaintiff's claims against EquityExperts.org, LLC, are hereby dismissed with prejudice and without fees or costs to either party. The Clerk of the Court shall terminate EquityExperts.org, LLC as a party in this action and remove its attorneys of record from receiving ECF Notifications.

                                           /s/Matthew F. Leitman
                                           MATTHEW F. LEITMAN
                                           UNITED STATES DISTRICT JUDGE

Dated: October 30, 2020